lerk's Home (http://www.miami-dadeclerk.com/home.asp)
nline Services (http://www.miami-dadeclerk.com/online_services.asp)
bout Us (http://www.miami-dadeclerk.com/about.asp)
ontact Us (http://www.miami-dadeclerk.com/contact.asp)
y Account (https://www2.miami-dadeclerk.com/PremierServices/login.aspx)



# Miami-Dade County Civil, Family and Probate Courts Online System

◀◀ Back to Results

**Not all search results will be displayed on-line. For example, the following case types (Sealed, Juvenile, Adoption and Mental Health Cases) may or may not be in existence and may or may not be viewable by the public pursuant to Florida Supreme Court Mandate and the corresponding** Access Security Matrix. (https://www.floridasupremecourt.org/content/download/241418/2133339/AOSC18-16.pdf)

### RAUL VALDES ABREU (PR) VS THOMAS LEE ALLEN JR. ET AL

**Local Case Number:** 2019-021355-CA-01

**Filing Date:** 07/18/2019

**State Case Number:** 132019CA021355000001

**Case Type:** Auto Negligence (Greater than $15,000)

**Consolidated Case No.:** N/A

**Judicial Section:** CA30

**Case Status:** OPEN

👥 **Parties**  **Number of Parties: 4** ▬

 Export to ▾

| Party Description | Party Name | Attorney Information | Other Attorney(s) |
|---|---|---|---|
| Plaintiff | Valdes Abreu (PR), Raul | **B#: (Bar Number)**108117 <br> **N: (Attorney Name)**Edersy Suarez, Esq | |
| Defendant | Lee Allen Jr., Thomas | | |
| Defendant | R.E. GARRISON TRUCKING, INC | | |
| Plaintiff AKA | Eires de Loyola (ESTATE OF), Celeste | **B#: (Bar Number)**108117 <br> **N: (Attorney Name)**Edersy Suarez, Esq | |

## 🔨 Hearing Details

**Number of Hearing: 0** ▬

No hearing information found

## 🔊 Dockets

**Dockets Retrieved: 6** ▬

 Export to ▾

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|---|
| 🚫 | 6 | 07/22/2019 | | Waiver: | Event | **OF SERVICE OF PROCESS** |
| 🚫 | 5 | 07/22/2019 | | Waiver: | Event | **OF SERVICE OF PROCESS** |
| | 4 | 07/20/2019 | | Receipt: | Event | **RECEIPT#:3580060 AMT PAID:$401.00 NAME:EDERSY SUAREZ, ESQ 13903 NW 67TH AVE STE 330 MIAMI LAKES FL 33014-2938 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AM** |

| Number | Date | Book/Page | Docket Entry | Event Type | Comments |
|---|---|---|---|---|---|
| 3 | 07/18/2019 | | Email Notice: | Event | ESUAREZPLEADINGS@GMAIL.COM |
| 2 | 07/18/2019 | | Complaint | Event | |
| 1 | 07/18/2019 | | Civil Cover | Event | |

◀◀ Back to Results

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our Web API Services (https://www2.miami-dadeclerk.com/Developers). To review the complete Miami-Dade County Disclaimer, follow this link: https://www8.miamidade.gov/global/disclaimer/disclaimer.page (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)

Email (https://miamidadecounty.co1.qualtrics.com/SE/?SID=SV_bDvccbiqJBvQ2LH)   |
Login (/PremierServices/login.aspx?ReturnUrl=https://www2.miami-dadeclerk.com/ocs/Search.aspx)
Clerk's Home (http://www.miami-dadeclerk.com/home.asp)   |
Privacy Statement (https://www8.miamidade.gov/global/disclaimer/privacy-and-security.page)   |
Disclaimer (https://www8.miamidade.gov/global/disclaimer/disclaimer.page)   |   (http://www.miamidade.gov)
Contact Us (http://www.miami-dadeclerk.com/contact.asp)   |
About Us (http://www.miami-dadeclerk.com/about.asp)
2015 Clerk of the Courts. All Rights reserved.

# FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I. CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Raul Valdes Abreu</u>
Plaintiff
          vs.
<u>Thomas Lee Allen Jr., R.E. GARRISON TRUCKING, INC</u>
Defendant

**II. TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☒ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☐ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.    REMEDIES SOUGHT** (check all that apply):
- ☒ Monetary;
- ☐ Non-monetary declaratory or injunctive relief;
- ☐ Punitive

**IV.    NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

2

**V.    IS THIS CASE A CLASS ACTION LAWSUIT?**
- ☐ Yes
- ☒ No

**VI.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
- ☒ No
- ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
- ☒ Yes
- ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature  s/ Edersy Suarez        FL Bar No.: 108117
      Attorney or party                                                                              (Bar number, if attorney)

      Edersy Suarez  07/18/2019
         (Type or print name)                                                                              Date

IN THE CIRCUIT COURT OF THE 11th JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION
CASE NO.:

RAUL VALDES ABREU, as Personal
Representative of the Estate of CELESTE
EIRES DE LOYOLA

        PLAINTIFF,

VS.

THOMAS LEE ALLEN, JR., individually, and
R.E. GARRISON TRUCKING, INC.

        DEFENDANTS
_____/

## COMPLAINT

**COMES NOW**, The Plaintiff, RAUL VALDES ABREU as Personal Representative of the ESTATE OF CELESTE EIRES DE LOYOLA, (hereinafter referred to as "Plaintiff'), by and through the undersigned counsel, hereby sues the Defendants, THOMAS LEE ALLEN, JR. (hereinafter referred to as "ALLEN") and R.E. GARRISON TRUCKING, INC. (hereinafter referred to as "R.E. GARRISON"), and alleges as follows:

### JURISDICTION, VENUE, PARTIES

1. That this is a wrongful death action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs and is otherwise within the jurisdiction of this Court.

2. That at all material times, the Plaintiff was a resident of Miami Dade County, Florida and is otherwise sui juris.

3. That at all material times, the Defendant ALLEN was a resident of the State of Alabama.

4. That at all material times, the Defendant R.E. GARRISON is an Alabama corporation in the business of transporting goods for compensation in interstate and intrastate commerce. R.E. GARRISON transacted business, solicited business and conducted substantial business activities in Miami-Dade County, Florida.

5. Venue is appropriate in Miami-Dade County, Florida because the accident occurred in said county and the Defendants do business in this county.

## GENERAL ALLEGATIONS

6. At all times material, Defendant ALLEN was an employee/ or agent of Defendant R.E. GARRISON and was acting within the course and scope of his employment or acting under an agency relationship.

7. At all times material, Defendant ALLEN was the operator of a 2017 Volvo 680 TT truck bearing the Alabama license 1132220, which was at the intersection of U.S Highway 41 and Krome Avenue in Miami Dade County. The subject vehicle was an instrumentality that is peculiarly dangerous in its operation.

8. At all times material, Defendant R.E.GARRISON owned, maintained and controlled the Subject Vehicle. The subject vehicle was an instrumentality that is peculiarly dangerous in its operation.

9. On or about January 16, 2019, Defendant R.E.GARRISON owned a motor vehicle that was operated, with its consent, by Defendant ALLEN in Miami-Dade County, Florida.

10. At that time and place, Defendant ALLEN negligently operated or maintained the motor vehicle so that it collided with the motor vehicle in which Plaintiff was a passenger.

11. At the time of the accident, the Decedent CELESTE EIRES DE LOYOLA was a passenger in a 2011 Freightliner (white in color), which was owned and operated by Enrique Sanchez Valdes.

12. As a result of the collision, the Decedent, CELESTE EIRES DE LOYOLA, sustained traumatic and blunt force injuries. The Decedent, CELESTE EIRES DE LOYOLA, was pronounced dead at the scene of the accident.

### COUNT I
### NEGLIGENCE OF DEFENDANT ALLEN

13. Plaintiff realleges and incorporates by reference the allegations set forth above in paragraphs 1 through 12, and further alleges as follows:

14. Defendant, ALLEN had a duty to operate the subject 2017 Volvo truck in a non-negligent manner.

15. The Defendant, ALLEN, breached that duty and was negligent for at least the following reasons:

    a. Failure to operate the subject vehicle in a safe and reasonable manner;

    b. Failure to operate the subject vehicle in compliance with state and local traffic laws;

    c. Failure to keep an adequate and proper lookout;

    d. Failure to stop for vehicles in the road;

    e. Failing to yield the right of way;

    f. Disregarding a traffic signal;

    g. Driving recklessly and carelessly;

    h. Failure to avoid the collision with Plaintiff's vehicle; and

    I. Other acts of negligence to be determined through discovery.

16. As a direct, foreseeable, and proximate result of Defendant ALLEN's negligence, CELESTE EIRES DE LOLYOLA suffered traumatic and blunt force injuries from which she dies at the scene of the accident.

## COUNT II
## VICARIOUS LIABILITY OF THE DEFENDANT R.E. GARRISON

17. Plaintiff realleges and incorporates by reference the allegations set forth above in paragraphs 1 through 12, and further alleges as follows:

18. Defendant R.E. GARRISON, is liable to the Plaintiff for the injuries and death of CELESTE EIRES DE LOYOLA, as a result of the negligence of Defendant ALLEN, as set forth above, in that , while operating the subject 2017 Volvo truck, Defendant ALLEN was acting within the course and scope of his employment and agency relationship with the Defendant R.E. GARRISON, and/or was a permissive user of the aforesaid truck owned and/or leased by Defendant R.E. GARRISON.

19. As a direct, foreseeable, and proximate result of Defendant R.E. GARRISON's negligence, CELESTE EIRES DE LOLYOLA suffered traumatic and blunt force injuries from which she dies at the scene of the accident.

## DAMAGES

20. As a direct and proximate result of the above-described negligence, CELESTE EIRES DE LOYOLA died and the Plaintiff is entitled to recover the following damages:

> a) On behalf of RAUL VALDES ABREU, as the Personal Representative of the Estate of CELESTE EIRES DE LOYOLA, medical and funeral expenses that have become charges against the estate;
>
> b) On behalf of the survivor of the Estate of CELESTE EIRE DE LOYOLA, lost support and services from the date of the decedent's injury to her death, with interest, and the future loss of support and services from the date of death and reduced to present value, and the loss of parental companionship, instruction and guidance and mental pain and suffering from the date of injury, and all other damages allowed by law.

**WHEREFORE,** PLAINTIFF, as Personal Representative of the Estate of CELESTE EIRES DE LOYOLA demands judgment for damages against Defendants ALLEN and R.E. GARRISON in excess of the minimal jurisdictional limits of this Court, as well as post-judgment interest and the costs of bringing this action as allowed by law and any other relief this Honorable Court deems just and proper, and demands a trial by jury of all issues triable as a matter of right by a jury.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all issues so triable.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed or served onto the Defendant with the original process in this matter.

/s/ Edersy Suarez
_____
Edersy Suarez, Esq.
Florida Bar No.: 108117
Attorney for Plaintiff
The Law Office of Edersy Suarez, PA
13903 NW 67 AVE., Suite 330
Miami Lakes, FL 33014
Ph: (786) 420-2893 * Fax: (305) 503-9273
E-Mail: esuarez.law@gmail.com
Service E-Mail: esuarezpleadings@gmail.com

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CIRCUIT CIVIL DIVISION
CASE NO.:

RAUL VALDES ABREU, as Personal Representative of the Estate of CELESTE EIRES DE LOYOLA

PLAINTIFF,

VS.

THOMAS LEE ALLEN, JR., individually, and R.E. GARRISON TRUCKING, INC.

DEFENDANTS
_____/

## NOTICE OF E-MAIL DESIGNATIONS

PLEASE TAKE NOTICE that Edersy Suarez, Esquire, pursuant to Florida Rule of Judicial Administration 2.516, hereby provides notice of the primary and secondary email addresses of said counsel for the purpose of service of documents by electronic email as follows:

1. Primary Email Address: Edersy Suarez, Esq.    esuarezpleadings@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been mailed or served onto the Defendant with the original process in this matter.


/s/ Edersy Suarez
_____
Edersy Suarez, Esq.
Florida Bar No.: 108117
Attorney for Plaintiff
The Law Office of Edersy Suarez, PA
13903 NW 67 AVE., Suite 330
Miami Lakes, FL 33014
Ph: (786) 420-2893 * Fax: (305) 503-9273
E-Mail: esuarez.law@gmail.com
Service E-Mail: esuarezpleadings@gmail.com

| | | |
|---|---|---|
| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
| **DIVISION** ☒ CIVIL ☐ DISTRICTS ☐ OTHER | **WAIVER OF SERVICE OF PROCESS** (c) Forms for Services by Mail. (2) Waiver of Service of Process. | **CASE NUMBER** 2019-021355-CA-01 |
| **PLAINTIFF(S)** RAUL VALDES ABREU as the Personal Representative of the Estate of CELESTE EIRES DE LOYOLA | **VS. DEFENDANT(S)** THOMAS LEE ALLEN, JR., an individual, and R.E. GARRISON TRUCKING, INC. | **CLOCK IN** |

**TO:** R.E. GARRISON TRUCKING, INC.

I acknowledge receipt of your request that I waive service of process in the lawsuit of ersonal Representative of the Estat v. llen, Jr., individually, and R.E. Garrison in the ☒ Circuit ☐ County Court in Eleventh Judicial Circuit. I have also received a copy of the complaint, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service process and an additional copy of the complaint in this lawsuit by not requiring that I, (or the entity on whose behalf I am acting), be served with judicial process in the manner provided by Fla. R. Civ. P.1.070.

If I am not the defendant to whom the notice of lawsuit and waiver of service of process was sent, and my authority to accept service on behalf of such person or entity is as follows: I declare that my relationship to the entity or person to whom the notice was sent and my authority to accept service on behalf of such person or entity is as follows:

(describe relationship to person or entity and authority to accept service) Legal counsel for Defendant R.E. Garrison Trucking, Inc
_____.

I, (or the entity on whose behalf I am acting), will retain all defense or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me, (or the party on whose behalf I am acting), if a written response is not served upon you within 60 days from the date I received the notice of lawsuit and request for waiver of service of process.

DATED ON _____7/22/2019_____

_____/s/ Kyle A. Diamantas, Esq._____
Defendant or Defendant's Representative

# AMERICANS WITH DISABILITIES ACT OF 1990
# ADA NOTICE

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."

CLK/CT. 914 Rev. 12/11                                    Clerk's web address: www.miami-dadeclerk.com

| | | |
|---|---|---|
| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. <br> ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. | | |
| **DIVISION** <br> ☒ CIVIL <br> ☐ DISTRICTS <br> ☐ OTHER | **WAIVER OF SERVICE OF PROCESS** <br> (c) Forms for Services by Mail. <br> (2) Waiver of Service of Process. | **CASE NUMBER** <br> 2019-021355-CA-01 |
| **PLAINTIFF(S)** <br> RAUL VALDES ABREU as the Personal Representative of the Estate of CELESTE EIRES DE LOYOLA | **VS. DEFENDANT(S)** <br> THOMAS LEE ALLEN, JR., an individual, and R.E. GARRISON TRUCKING, INC. | **CLOCK IN** |

**TO:** THOMAS LEE ALLEN JR.

I acknowledge receipt of your request that I waive service of process in the lawsuit of _ersonal Representative of the Estat_ v. _llen, Jr., individually, and R.E. Garrison_ in the ☒ Circuit ☐ County Court in _Eleventh Judicial Circuit_. I have also received a copy of the complaint, two copies of this waiver, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service process and an additional copy of the complaint in this lawsuit by not requiring that I, (or the entity on whose behalf I am acting), be served with judicial process in the manner provided by Fla. R. Civ. P.1.070.

If I am not the defendant to whom the notice of lawsuit and waiver of service of process was sent, and my authority to accept service on behalf of such person or entity is as follows: I declare that my relationship to the entity or person to whom the notice was sent and my authority to accept service on behalf of such person or entity is as follows:

(describe relationship to person or entity and authority to accept service) _Legal counsel for Defendant Thomas Lee Allen Jr._
_____.

I, (or the entity on whose behalf I am acting), will retain all defense or objections to the lawsuit or to the jurisdiction or venue of the court except for any objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me, (or the party on whose behalf I am acting), if a written response is not served upon you within 60 days from the date I received the notice of lawsuit and request for waiver of service of process.

DATED ON _7/22/2019_

_/s/ Kyle A. Diamantas, Esq._
Defendant or Defendant's Representative

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2702, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174, Fax (305) 349-7355 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711."